STATE OF NEW JERSEY v. JEFFREY PICKETT.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN HIRD.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL BAILEY.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER WATSON.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL HARP.

January 24, 1989.

Petition for certification denied.